**FILED**

FEB _ 3 2012

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

RACHANA DUONG,

      Petitioner,

vs.

G. SWARTHOUT, Warden,

      Respondent.

No. C 12-0196 JSW (PR)

**ORDER TO SHOW CAUSE;
GRANTING LEAVE TO PROCEED IN
FORMA PAUPERIS**

**(Docket No. 7)**

## INTRODUCTION

Petitioner, a prisoner of the State of California proceeding pro se, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the constitutionality of his state court conviction. This order directs Respondent to show cause why the petition should not be granted, and grants Petitioner's application for leave to proceed in forma pauperis.

## BACKGROUND

In 1998, petitioner was convicted in Santa Clara County Superior Court of first-degree murder and grand theft. The trial court sentenced him to a term of 28 years to life in state prison. The California Court of Appeal affirmed the judgment on appeal, and the California Supreme Court denied a petition for review. A habeas petition filed by petitioner in the California Supreme Court was also denied.

1

**DISCUSSION**

2

I     Standard of Review

3

This court may entertain a petition for a writ of habeas corpus "in behalf of a

4

person in custody pursuant to the judgment of a State court only on the ground that he is

5

in custody in violation of the Constitution or laws or treaties of the United States." 28

6

U.S.C. § 2254(a). It shall "award the writ or issue an order directing the respondent to

7

show cause why the writ should not be granted, unless it appears from the application that

8

the applicant or person detained is not entitled thereto." *Id.* § 2243.

9

II     Legal Claims

10

As grounds for federal habeas relief, Petitioner claims: (1) the trial court violated

11

his constitutional rights by failing to properly instruct the jury on the element of

12

causation; and (2) the trial court erred in denying his request for appointment of counsel

13

in connection with a request for DNA testing. Liberally construed, these claims are

14

sufficient to warrant a response from Respondent.

15

**CONCLUSION**

16

For the foregoing reasons and for good cause shown,

17

1. The Clerk shall serve by certified mail a copy of this order and the petition, and

18

all attachments thereto, on Respondent and Respondent's attorney, the Attorney General

19

of the State of California. The Clerk also shall serve a copy of this order on Petitioner.

20

2. Respondent shall file with the Court and serve on Petitioner, within **ninety (90)**

21

days of the issuance of this order, an answer conforming in all respects to Rule 5 of the

22

Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should

23

not be granted. Respondent shall file with the answer and serve on Petitioner a copy of

24

all portions of the state trial record that have been transcribed previously and that are

25

relevant to a determination of the issues presented by the petition. If Petitioner wishes to

26

respond to the answer, he shall do so by filing a traverse with the Court and serving it on

27

Respondent within **thirty (30)** days of the date the answer is filed.

28

2

3. Respondent may, within **ninety (90) days**, file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **thirty (30)** days of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)** days of the date any opposition is filed.

4. It is Petitioner's responsibility to prosecute this case. Petitioner must keep the Court informed of any change of address by filing a separate paper captioned "Notice of Change of Address." He must comply with the Court's orders in a timely fashion. Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

5. The application to proceed in forma pauperis (docket number 7) is GRANTED.

IT IS SO ORDERED.

DATED: 02/03/12

JEFFREY S. WHITE
United States District Judge

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RACHANA DUONG,

        Plaintiff,

v.

G. SWARTHOUT et al,

        Defendant.

_____/

Case Number: CV12-00196 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rachana Duong K-36784
CALIFORNIA STATE PRISON, SOLANO (4000)
P.O. BOX 4000
VACAVILLE, CA 95696-4000

Dated: February 3, 2012

Richard W. Wieking, Clerk

*Susan Imbriani*

By: Susan Imbriani, Deputy Clerk