1
2
3
4
5
6
7        IN THE UNITED STATES DISTRICT COURT
8
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10

| RACHANA DUONG, | ) | No. C 12-0196 JSW (PR) |
| | ) | |
| Petitioner, | ) | **ORDER TO FILE REPLY BRIEF;** |
| | ) | **INSTRUCTIONS TO CLERK** |
| vs. | ) | |
| | ) | |
| G. SWARTHOUT, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

17          Petitioner's opposition to Respondent's motion to dismiss was not served upon

18    Respondent.  The Clerk shall mail a copy of the opposition (docket number 12) to

19    Respondent.  Respondent shall file a reply brief within **14 days** of the date this order is

20    filed.

21          IT IS SO ORDERED.

22    DATED: June 1, 2012

23                                          _____
                                            JEFFREY S. WHITE
24                                          United States District Judge

25
26
27
28

1
UNITED STATES DISTRICT COURT

2
FOR THE

3
NORTHERN DISTRICT OF CALIFORNIA

4

5

6
RACHANA DUONG,                          Case Number: CV12-00196 JSW

7
          Plaintiff,                    **CERTIFICATE OF SERVICE**

8
     v.

9
G. SWARTHOUT et al,

10
          Defendant.
_____/

11

12
I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

13
That on June 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing

14
said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
receptacle located in the Clerk's office.

15

16

17
Allan Irwin Yannow
State Attorney General's Office

18
455 Golden Gate Avenue
Suite 11000

19
San Francisco, CA 94102-7004

20
Rachana Duong K-36784
CALIFORNIA STATE PRISON SOLANO (4000)

21
P.O. BOX 4000
VACAVILLE, CA 95696-4000

22

23
Dated: June 1, 2012            *Jennifer Ottolini*
                               Richard W. Wieking, Clerk

24
                               By: Jennifer Ottolini, Deputy Clerk

25

26

27

28