IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHANA DUONG,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>G. SWARTHOUT, Warden,<br><br>　　　　Respondent. | No. C 12-0196 JSW (PR)<br><br>**ORDER TO FILE REPLY BRIEF;<br>INSTRUCTIONS TO CLERK** |

Petitioner's opposition to Respondent's motion to dismiss was not served upon Respondent. The Clerk shall mail a copy of the opposition (docket number 12) to Respondent. Respondent shall file a reply brief within **14 days** of the date this order is filed.

IT IS SO ORDERED.

DATED: June 1, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jeffrey S. White_
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

RACHANA DUONG,

        Plaintiff,

  v.

G. SWARTHOUT et al,

        Defendant.

Case Number: CV12-00196 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 1, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Allan Irwin Yannow
State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Rachana Duong K-36784
CALIFORNIA STATE PRISON SOLANO (4000)
P.O. BOX 4000
VACAVILLE, CA 95696-4000

Dated: June 1, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk